JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>INOVIT INC., a California corporation; WHEELS OUTLET USA LLC, a Florida limited liability company d/b/a INOVIT EAST COAST; YINGSHEN (VICTOR) MAO, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-08696<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1] |

    Plaintiffs BMW of North America, LLC ("BMW NA") and Bayerische Motoren Werke AG ("BMW AG") hereby file their disclosure statement in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

- 1 -
CORPORATE DISCLOSURE STATEMENT

1  BMW NA is a privately held Delaware limited liability company with its
2  principle place of business located in Woodcliff Lake, New Jersey.  BMW NA is a
3  wholly owned subsidiary of BMW (US) Holding Corp.  BMW (US) Holding Corp.
4  is a privately held Delaware corporation with its principle place of business located
5  in Woodcliff Lake, New Jersey.  BMW (US) Holding Corp. is a wholly owned
6  subsidiary of BMW AG.  BMW AG is a publicly held German corporation with its
7  principle place of business located in Munich, German.  No parent corporation or
8  publicly held corporation owns 10% or more of BMW AG's stock.
9  Pursuant to Rule 7.1.(b)(2), BMW will promptly file a supplemental
10 disclosure statement if any required information changes.

12 DATED:  September 22, 2020          JOHNSON & PHAM, LLP

                                      By: /s/ Marcus F. Chaney
                                      Christopher D. Johnson, Esq.
                                      Christopher Q. Pham, Esq.
                                      Marcus F. Chaney, Esq.
                                      Attorneys for Plaintiffs
                                      BMW OF NORTH AMERICA, LLC and
                                      BAYERISCHE MOTOREN WERKE AG