JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>INOVIT INC., a California corporation; WHEELS OUTLET USA LLC, a Florida limited liability company d/b/a INOVIT EAST COAST; YINGSHEN (VICTOR) MAO, an individual; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:20-cv-08696 JFW (KSx)<br><br>**NOTICE OF RELATED CASES**<br><br>[L.R. 83-1.3.1] |

Pursuant to Local Rule 83-1.3.1, Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG ("BMW") hereby file this notice of related cases. The related case, *BMW of North America, LLC, et al. v. Autosports*

1 *European, Inc., et al.* (C.D.C.A. Case No.: 2:14-cv-07961 SJO (PJWx)), was filed on October 15, 2014. On January 30, 2015, Defendant Inovit, Inc. ("Inovit") was added as a named defendant in BMW's First Amended Complaint [ECF Dkt. 31] which ultimately resulted in a settlement between BMW and Inovit, entry of a Permanent Injunction against Inovit, and dismissal of the entire action on January 29, 2016 [ECF Dkt. 82]. A true and correct copy of the Pacer court case docket from this related case is attached hereto as **Exhibit A**.

In this related case, BMW alleged that Inovit imported, advertised for sale, sold and distributed infringing replica BMW wheel rims to various automobile wheel resellers that infringed upon numerous BMW design patents. In addition, BMW alleged that Inovit sold and distributed the infringing replica BMW wheel rims with center caps and badges bearing counterfeit BMW®, BMW ///M® and MINI® trademarks.

In this case, BMW again alleges that Inovit imported, advertised for sale, sold and distributed infringing replica BMW wheel rims to wheel retailers and resellers that infringe upon numerous BMW design patents. In particular, BMW Design Patent US D671,473 is implicated in both the related case and this case, among others. In addition, BMW alleges that Inovit imported labels and emblems into the United States that were seized by U.S. Customs bearing counterfeit BMW® trademarks. Lastly, BMW alleges that Inovit breached the settlement agreement - and violated the Permanent Injunction - that arose from the related case. Accordingly, the two actions are related under the Central District Local Rules because the instant actions "arise from the same or closely related transactions, happenings, or events" and call for a "determination of the same or substantially related or similar questions of law" as that presented in the related case and both matters involve the same or similar design patents and trademarks. L.R. 83-1.3.1(a) and (b).

| | |
|---|---|
| DATED: September 23, 2020 | JOHNSON & PHAM, LLP<br><br>By: /s/ Marcus F. Chaney<br>Christopher D. Johnson, Esq.<br>Christopher Q. Pham, Esq.<br>Marcus F. Chaney, Esq.<br>Attorneys for Plaintiffs<br>BMW OF NORTH AMERICA, LLC and<br>BAYERISCHE MOTOREN WERKE AG |