# Exhibit A

ACCO,(PJWx),CLOSED,DISCOVERY,MANADR,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:14-cv-07961-SJO-PJW

BMW of North America, LLC et al v. Autosports European, Inc. et al
Assigned to: Judge S. James Otero
Referred to: Magistrate Judge Patrick J. Walsh
Cause: 15:1114 Trademark Infringement

Date Filed: 10/15/2014
Date Terminated: 01/29/2016
Jury Demand: Both
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**BMW of North America, LLC**
*a Delaware Limited Liability Company*

represented by **Christopher Dain Johnson**
Johnson and Pham LLP
6355 Topanga Canyon Boulevard Suite 326
Woodland Hills, CA 91367
818-888-7540
Fax: 818-888-7544
Email: cjohnson@johnsonpham.com
*ATTORNEY TO BE NOTICED*

**Christopher Q Pham**
Johnson and Pham LLP
6355 Topanga Canyon Boulevard Suite 326
Woodland Hills, CA 91367
818-888-7540
Fax: 818-888-7544
Email: cpham@johnsonpham.com
*ATTORNEY TO BE NOTICED*

**Jason Robert Vener**
Johnson and Pham LLP
6355 Topanga Canyon Boulevard Suite 326
Woodland Hills, CA 91367
818-888-7540
Fax: 818-888-7544
Email: jvener@johnsonpham.com
*ATTORNEY TO BE NOTICED*

**Marcus F Chaney**
Johnson and Pham LLP
6355 Topanga Canyon Boulevard Suite 326
Woodland Hills, CA 91367
818-888-7540
Fax: 818-888-7544
Email: mchaney@johnsonpham.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bayerische Motoren Werke AG**
*a German Corporation*

represented by **Christopher Dain Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Q Pham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason Robert Vener**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marcus F Chaney**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Autosports European, Inc.**
*a California Corporation*
*TERMINATED: 06/12/2015*

**Defendant**

**EG Savings, Inc.**
*a California Corporation*
*TERMINATED: 10/21/2015*
*doing business as*
Audiocitywheels
*TERMINATED: 10/21/2015*

represented by **Jennifer So Young Chang**
Ryu Law Firm
5900 Wilshire Boulevard Suite 2250
Los Angeles, CA 90036
323-931-5270
Fax: 323-931-5271
Email: jennifer@ryulaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Francis S Ryu**
Ryu Law Firm
915 Wilshire Boulevard Suite 1775
Ste 1775
Los Angeles, CA 90017
323-931-5270
Fax: 323-931-5271
Email: francis@ryulaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sportrak, Inc.**
*a California Corporation*
*TERMINATED: 01/29/2015*
*doing business as*
Wheel Plus
*TERMINATED: 01/29/2015*

**Defendant**

Tommy Tim
*an Individual*
*TERMINATED: 04/27/2015*
*doing business as*
SD Tires
*TERMINATED: 04/27/2015*

**Defendant**

**Unlimited Automobile Products, LLC**
*a California Limited Liability Company*
*TERMINATED: 03/26/2015*

**Defendant**

**Does**
*1-10, inclusive*

**Defendant**

**Mai Le-Tran**
*TERMINATED: 04/27/2015*
*doing business as*
SD Tires
*TERMINATED: 04/27/2015*

**Defendant**

**Thanh Nguyen**
*TERMINATED: 04/27/2015*
*doing business as*
SD Tires
*TERMINATED: 04/27/2015*

**Defendant**

**Thanh Ngoc Tran**
*TERMINATED: 04/27/2015*
*doing business as*
SD Tires
*TERMINATED: 04/27/2015*
*doing business as*
NCW Tires
*TERMINATED: 04/27/2015*

**Defendant**

**Ruben Aceves**
*TERMINATED: 07/22/2015*
*doing business as*
Unleashed Wheels
*TERMINATED: 07/22/2015*

**Defendant**

**EUDM Autosports, Inc.**  represented by  **Leon Emmanuel Jew**
*TERMINATED: 11/16/2015*  Dahyee Law Group
5776 Stoneridge Mall Road Suite 288
Pleasanton, CA 94588
925-463-3288

|  |  |  |
|---|---|---|
|  |  | Fax: 925-463-3218<br>Email: Ljewpt@yahoo.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |  |
| **Inovit, Inc.** | represented by | **Jeffrey A Kobulnick**<br>Brutzkus Gubner<br>21650 Oxnard Street Suite 500<br>Woodland Hills, CA 91367<br>818-827-9000<br>Fax: 818-827-9099<br>Email: jkobulnick@bg.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph M Rothberg**<br>Brutzkus Gubner<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>818-827-9000<br>Fax: 818-827-9099<br>Email: jrothberg@bg.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark D Brutzkus**<br>Brutzkus Gubner Rozansky Seror Weber LLP<br>21650 Oxnard Street Suite 500<br>Woodland Hills, CA 91367<br>818-827-9000<br>Fax: 818-827-9099<br>Email: mbrutzkus@bg.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Does 1-10, inclusive,**

**Mediator (ADR Panel)**

**K. Andrew Kent**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2014 | 1 | COMPLAINT Receipt No: 0973-14616795 - Fee: $400, filed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG. (Attorney Marcus F Chaney added to party BMW of North America, LLC(pty:pla), Attorney Marcus F Chaney added to party Bayerische Motoren Werke AG(pty:pla))(Chaney, Marcus) (Entered: 10/15/2014) |
| 10/15/2014 | 2 | CIVIL COVER SHEET filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Chaney, Marcus) (Entered: 10/15/2014) |
| 10/15/2014 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG. (Chaney, |

| | | |
|---|---|---|
| | | Marcus) (Entered: 10/15/2014) |
| 10/15/2014 | 4 | NOTICE of Interested Parties filed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG, (Chaney, Marcus) (Entered: 10/15/2014) |
| 10/15/2014 | 5 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG (Chaney, Marcus) (Entered: 10/15/2014) |
| 10/15/2014 | 6 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by BMW of North America, LLC, Bayerische Motoren Werke AG. (Chaney, Marcus) (Entered: 10/15/2014) |
| 10/15/2014 | 7 | NOTICE OF ASSIGNMENT to District Judge S. James Otero and Magistrate Judge Patrick J. Walsh. (jp) (Entered: 10/15/2014) |
| 10/15/2014 | 8 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (jp) (Entered: 10/15/2014) |
| 10/15/2014 | 9 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Autosports European, Inc., EG Savings, Inc., Sportrak, Inc., Tommy Tim, Unlimited Automobile Products, LLC. (jp) (Entered: 10/15/2014) |
| 11/03/2014 | 10 | PROOF OF SERVICE Executed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG, upon Defendant Autosports European, Inc. served on 10/22/2014, answer due 11/12/2014. Service of the Summons and Complaint were executed upon Michael Teufenkjian, Agent for Service in compliance with California Code of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (Chaney, Marcus) (Entered: 11/03/2014) |
| 11/03/2014 | 11 | PROOF OF SERVICE Executed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG, upon Defendant EG Savings, Inc. served on 11/1/2014, answer due 11/22/2014. Service of the Summons and Complaint were executed upon Gilbert Doe, Manager in compliance with California Code of Civil Procedure by substituted service on a domestic corporation, unincorporated association, or public entity and by also mailing a copy. Original Summons NOT returned. (Chaney, Marcus) (Entered: 11/03/2014) |
| 11/03/2014 | 12 | PROOF OF SERVICE Executed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG, upon Plaintiff Sportrak, Inc. served on 11/2/2014, answer due 11/23/2014. Service of the Summons and Complaint were executed upon David Ortiz, Manager in compliance with California Code of Civil Procedure by substituted service on a domestic corporation, unincorporated association, or public entity and by also mailing a copy. Original Summons NOT returned. (Chaney, Marcus) (Entered: 11/03/2014) |
| 11/03/2014 | 13 | PROOF OF SERVICE Executed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG, upon Defendant Tommy Tim served on 10/30/2014, answer due 11/20/2014. Service of the Summons and Complaint were executed upon Tony Tran, Manager in compliance with California Code of Civil Procedure by substituted service at business address and by also mailing a copy. Original Summons NOT returned. (Chaney, Marcus) (Entered: 11/03/2014) |
| 11/03/2014 | 14 | PROOF OF SERVICE Executed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG, upon Defendant Unlimited Automobile Products, LLC served on 10/27/2014, answer due 11/17/2014. Service of the Summons and Complaint were executed upon Sam Cheung, Manager in compliance with California Code of Civil Procedure by substituted service on a domestic corporation, unincorporated association, or public entity and by also mailing a copy. Original Summons NOT returned. (Chaney, Marcus) (Entered: 11/03/2014) |
| 11/04/2014 | 15 | INITIAL STANDING ORDER upon filing of the complaint by Judge S. James Otero. |

| | | |
|---|---|---|
| | | (vcr) (Entered: 11/04/2014) |
| 11/12/2014 | 16 | STIPULATION Extending Time to Answer the complaint as to Autosports European, Inc. answer now due 11/26/2014, re Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs BMW of North America, LLC; Bayerische Motoren Werke AG.(Chaney, Marcus) (Entered: 11/12/2014) |
| 11/20/2014 | 17 | STIPULATION Extending Time to Answer the complaint as to Sportrak, Inc. answer now due 12/24/2014, re Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs BMW of North America, LLC; Bayerische Motoren Werke AG.(Chaney, Marcus) (Entered: 11/20/2014) |
| 11/21/2014 | 18 | ANSWER to Complaint (Attorney Civil Case Opening), 1 JURY DEMAND. *Answers to Complaint* filed by Defendant EG Savings, Inc. EG Savings, Inc..(Attorney Francis S Ryu added to party EG Savings, Inc.(pty:dft))(Ryu, Francis) (Entered: 11/21/2014) |
| 11/25/2014 | 19 | 21 DAY Summons Issued re Amended Complaint (SEE CLERICAL ERROR: Docketed on this case in error, should be under CV 14-8120 DDP(MANx) Guevara vs County of LA. (lc) Modified on 11/25/2014 (lc). (Entered: 11/25/2014) |
| 11/25/2014 | 20 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Summons Issued 19 Docketed on this case in error, should be under CV 14-8120 DDP(MANx) Guevara vs County of LA. (lc) (Entered: 11/25/2014) |
| 11/25/2014 | 21 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: EG Savings, Inc. Answer to Complaint 18 . The following error(s) was found: Case number is missing official Judge and Magistrate initials: SJO(PJWx).Local Rule 7.1-1 No Notice of Interested Parties and/or no copies. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lc) (Entered: 11/25/2014) |
| 12/02/2014 | 22 | Second STIPULATION Extending Time to Answer the complaint as to Autosports European, Inc. answer now due 12/12/2014, re Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs BMW of North America, LLC; Bayerische Motoren Werke AG. (Chaney, Marcus) (Entered: 12/02/2014) |
| 12/02/2014 | 23 | ANSWER to Complaint (Attorney Civil Case Opening), 1 *DEFENDANT EG SAVINGS, INC. dba AUDIOCITYWHEELS ANSWER TO COMPLAINT* filed by Defendant EG Savings, Inc..(Ryu, Francis) (Entered: 12/02/2014) |
| 12/02/2014 | 24 | *CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)* CERTIFICATE of Interested Parties filed by Defendant EG Savings, Inc., (Ryu, Francis) (Entered: 12/02/2014) |
| 12/03/2014 | 25 | ORDER SETTING SCHEDULING CONFERENCE by Judge S. James Otero. Rule 26 Meeting Report due by 1/12/2015. Scheduling Conference set for 1/26/2015 at 08:30 AM before Judge S. James Otero. (vcr) (Entered: 12/03/2014) |
| 01/12/2015 | 26 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 5, filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG.. (Chaney, Marcus) (Entered: 01/12/2015) |
| 01/20/2015 | 27 | INITIAL DISCLOSURE re Joint Report Rule 26(f) Discovery Plan 26 *Defendant EG Savings, Inc.'s Initial Disclosure* filed by Defendant EG Savings, Inc. (Attachments: # 1 Proof of Service)(Ryu, Francis) (Entered: 01/20/2015) |
| 01/26/2015 | 28 | STIPULATION for Permanent Injunction as to Defendant Sportrak, Inc. d/b/a Wheel Plus filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Proposed Permanent Injunction and Dismissal as to Defendant Sportrak, Inc. d/b/a Wheel Plus)(Chaney, Marcus) (Entered: 01/26/2015) |
| 01/26/2015 | 29 | MINUTES OF Scheduling Conference held before Judge S. James Otero:Plaintiff advises the Court that it plans on filing a First Amended Complaint and requests a continuance of this hearing. Plaintiff advises the Court regarding the status of remaining defendants (see document for specifics). The Court grants a continuance of this proceeding to Monday, April 27, 2015 @ 8:30 a.m. The parties shall file a joint status report by April 13, 2015. Plaintiff shall file a First Amended Complaint by Friday, January 30, 2015.Court Reporter: Debbie Hino-Spaan. (lc) (Entered: 01/26/2015) |
| 01/29/2015 | 30 | PERMANENT INJUNCTION AND DISMISSAL AS TO DEFENDANT SPORTRAK, INC. d/b/a Wheel Plu filed by Judge S. James Otero. No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction. Each party shall bear their own attorneys' fees and costs incurred in this matter. Upon entry of this Permanent Injunction against Defendant, the case shall be dismissed as to Defendant only, without prejudice. (See attached document for details.) (lom) (Entered: 01/29/2015) |
| 01/30/2015 | 31 | AMENDED COMPLAINT against Defendants Autosports European, Inc., EG Savings, Inc., Tommy Tim, Unlimited Automobile Products, LLC, Mai Le-Tran, Thanh Nguyen, Thanh Ngoc Tran, Ruben Aceves, EUDM Autosports, Inc., Inovit, Inc., Does 1-10, inclusive, amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG (Chaney, Marcus) (Entered: 01/30/2015) |
| 01/30/2015 | 32 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 31 filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Chaney, Marcus) (Entered: 01/30/2015) |
| 01/30/2015 | 33 | *Certification and* NOTICE of Interested Parties filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG, (Chaney, Marcus) (Entered: 01/30/2015) |
| 02/02/2015 | 34 | NOTICE OF DEFICIENCIES in Request to Issue Summons RE: Summons Request 32 . The following error(s) was found: Proof of service on an Unissued summons is to be removed. No proof should be attached, before Clerk has issued the summons on the First amended complaint. The summons cannot be issued until this defect has been corrected. Please correct the defect and re-file your request. (lc) (Entered: 02/02/2015) |
| 02/02/2015 | 35 | Request for Clerk to Issue Summons on Amended Complaint/Petition, 31 filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Pham, Christopher) (Entered: 02/02/2015) |
| 02/05/2015 | 36 | 21 DAY Summons Issued re First Amended Complaint/Petition, 31 as to Defendants Ruben Aceves, Autosports European, Inc., EG Savings, Inc., EUDM Autosports, Inc., Inovit, Inc., Mai Le-Tran, Thanh Nguyen, Sportrak, Inc., Tommy Tim, Thanh Ngoc Tran, Unlimited Automobile Products, LLC. (shb) (Entered: 02/05/2015) |
| 02/05/2015 | 37 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Amended Complaint/Petition, 31 . The following error(s) was found: Other error(s) with document(s) are specified below: Defendant Sportrak, Inc., a California corporation is listed on the caption of the First Amended Complaint, but is not listed in the body of the document.. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (shb) (Entered: 02/05/2015) |

| | | |
|---|---|---|
| 02/05/2015 | 38 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Summons Issued, 36 . THE SUMMONS WAS ISSUED IN ERROR AND IS NOT VALID. DEFENDANT SPORTRAK INC., a California corporation appears on the caption of the First Amended Complaint, but does not appear in the body of the document as being an active party. (A deficiency for the First Amended Complaint for correction has been issued.) (shb) (Entered: 02/05/2015) |
| 02/25/2015 | 39 | ANSWER to Amended Complaint/Petition, 31 *DEFENDANT EG SAVINGS, INC. dba AUDIOCITYWHEELS ANSWER TO FIRST AMENDED COMPLAINT* filed by Defendant EG Savings, Inc.. (Attachments: # 1 Proof of Service)(Ryu, Francis) (Entered: 02/25/2015) |
| 02/26/2015 | 40 | *CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)* NOTICE of Interested Parties filed by Defendant EG Savings, Inc., (Ryu, Francis) (Entered: 02/26/2015) |
| 03/12/2015 | 41 | WAIVER OF SERVICE Returned Executed filed by Plaintiffs Bayerische Motoren Werke AG, BMW of North America, LLC. upon Inovit, Inc. waiver sent by Plaintiff on 2/10/2015, answer due 4/11/2015. Waiver of Service signed by Jeffrey A. Kobulnick. (Chaney, Marcus) (Entered: 03/12/2015) |
| 03/14/2015 | 42 | NOTICE OF APPEARANCE of California Attorney General Office LEON E. JEW on behalf of defendant EUDM Autosports, Inc.. (Attorney Leon Emmanuel Jew added to party EUDM Autosports, Inc.(pty:dft))(Jew, Leon) (Entered: 03/14/2015) |
| 03/24/2015 | 43 | STIPULATION for Permanent Injunction as to Defendant Unlimited Automobile Products, LLC filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Attachments: # 1 Proposed Permanent Injunction and Dismissal as to Defendant Unlimited Automobile Products, LLC, a California Limited Liability Company) (Chaney, Marcus) (Entered: 03/24/2015) |
| 03/26/2015 | 44 | PERMANENT INJUNCTION AND DISMISSAL AS TO DEFENDANT UNLIMITED AUTOMOBILE PRODUCTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY by Judge S. James Otero (lc) (Entered: 03/27/2015) |
| 03/31/2015 | 45 | PROOF OF SERVICE Executed by Plaintiff Bayerische Motoren Werke AG, BMW of North America, LLC, upon Defendant Ruben Aceves served on 3/24/2015, answer due 4/14/2015. Service of the Summons and Complaint were executed upon Ruben Aceves in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (Chaney, Marcus) (Entered: 03/31/2015) |
| 04/03/2015 | 46 | [DOCUMENT STRICKEN PURSUANT TO ORDER G-106-E-FILED 4/13/2015] - NOTICE OF MOTION AND First MOTION for Extend Time to File Answer to 4/17/2015 filed by defendant EUDM Autosports, Inc.. (Attachments: # 1 Declaration, # 2 Proposed Order)(Jew, Leon) Modified on 4/16/2015 (shb). (Entered: 04/03/2015) |
| 04/10/2015 | 47 | ANSWER to Amended Complaint/Petition, 31 filed by Defendant Inovit, Inc..(Attorney Jeffrey A Kobulnick added to party Inovit, Inc.(pty:dft))(Kobulnick, Jeffrey) (Entered: 04/10/2015) |
| 04/10/2015 | 48 | NOTICE of Interested Parties filed by Defendant Inovit, Inc., (Kobulnick, Jeffrey) (Entered: 04/10/2015) |
| 04/10/2015 | 49 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Inovit, Inc. (Kobulnick, Jeffrey) (Entered: 04/10/2015) |
| 04/13/2015 | 50 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 10 days, filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG.. (Chaney, Marcus) (Entered: 04/13/2015) |

| | | |
|---|---|---|
| 04/13/2015 | 52 | ORDER by Judge S. James Otero: the following document(s) be STRICKEN for failure to comply with the Local Rules, General Order and/or the Courts Case Management Order: First MOTION for Extend Time to File Answer to 4/17/2015 46 , for the following reasons: Failure to comply with Local Rule L.R. 5-4.4 Submission of Proposed Orders, Judgments, or Other Proposed Documents That Require a Judges Signature., and Local Rule 5-4.5 Mandatory Chambers Copies; (shb) (Entered: 04/16/2015) |
| 04/16/2015 | 51 | PROOF OF SERVICE Executed by Plaintiff Bayerische Motoren Werke AG, BMW of North America, LLC, upon Defendant Autosports European, Inc. served on 4/6/2015, answer due 4/27/2015. Service of the Summons and Complaint were executed upon Michael Teufenkjian, Agent for Service in compliance with California Code of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (Chaney, Marcus) (Entered: 04/16/2015) |
| 04/17/2015 | 53 | First STIPULATION Extending Time to Answer the complaint as to Ruben Aceves answer now due 5/1/2015, re Amended Complaint/Petition, 31 filed by Plaintiffs Bayerische Motoren Werke AG; BMW of North America, LLC. (Attachments: # 1 Proposed Order Extending Defendant Ruben Aceves D/B/A Unleashed Wheels' Tiem to Respond to First Amended Complaint)(Chaney, Marcus) (Entered: 04/17/2015) |
| 04/17/2015 | 54 | ANSWER filed by defendant EUDM Autosports, Inc..(Jew, Leon) (Entered: 04/17/2015) |
| 04/17/2015 | 55 | STATEMENT of disclosure First MOTION for Extend Time to File Answer to 4/17/2015 46 filed by Defendant EUDM Autosports, Inc.. (Jew, Leon) (Entered: 04/17/2015) |
| 04/20/2015 | 56 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE:EUDM Autosport Answer to Complaint 54 Statement (Motion related) 55 ,. The following error(s) was found: Incorrect event selected re #55,The correct event is: disclosure re # 55. Re #54,Local Rule 7.1-1 No Notice of Interested Parties and/or no copies. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lc) (Entered: 04/20/2015) |
| 04/21/2015 | 57 | ORDER granting Stipulation 53 Defendant Ruben Aceves d/b/a Unleashed Wheels due date to file an Answer to Plaintiffs First Amended Complaint is hereby extended from April 14, 2015 to Friday, May 1, 2015 by Judge S. James Otero (lc) (Entered: 04/21/2015) |
| 04/22/2015 | 58 | REQUEST for Order for Regarding Appearance of Counsel at Scheduling Conference filed by Defendant Inovit, Inc.. Request set for hearing on 4/27/2015 at 08:30 AM before Judge S. James Otero. (Attachments: # 1 Proposed Order)(Kobulnick, Jeffrey) (Entered: 04/22/2015) |
| 04/23/2015 | 59 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: REQUEST for Order for Regarding Appearance of Counsel at Scheduling Conference 58 . The following error(s) was found: Erroneous 4/27/15 8:30 AM Hearing set on Motion calendar, the hearing of which does not appear on the pdf document, nor is one required for the format used. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lc) (Entered: 04/23/2015) |
| 04/24/2015 | 60 | ORDER by Judge S. James Otero: granting 58 Defendant Inovit, Inc's Request for Another Attorney to Appear at Scheduling Conference. (shb) (Entered: 04/24/2015) |
| 04/27/2015 | 61 | MINUTES OF Scheduling Conference held before Judge S. James Otero, The Court GRANTS Plaintiffs oral request to dismiss without prejudice defendantsTommy Tim, Mai Le-Tran, Thanh Nguyen and Thanh Ngoc Tran. The Court sets the following schedule: |

| | | |
|---|---|---|
| | | Amended Pleadings due by 3/27/2015. Motion cutoff W/22/2016 10:00 AM. Discovery cut-off 1/5/2016. Pretrial Conference set for 3/28/2016 09:00 AM. Jury Trial set for 4/5/2016 09:00 AM. All discovery dispute to be brought before the Magistrate Judge assigned to the case; parties reminded of requirements of FRCP 26-1(a); counsel are advised all pretrial documents (as listed) must be filed in compliance with Courts Initial Standing order.Court Reporter: Carol L. Zurborg. (lc) (Entered: 04/27/2015) |
| 04/27/2015 | 62 | ORDER/REFERRAL to ADR Procedure No 2 by Judge S. James Otero. Case ordered to Court Mediation Panel for mediation. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program will assign one. (lom) (Entered: 04/28/2015) |
| 05/15/2015 | 63 | STIPULATION REGARDING SELECTION of Panel Mediator filed. Parties stipulate that K. Andrew Kent may serve as Panel Mediator. Plaintiff obtained the Panel Mediators consent to serve. Filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG(Chaney, Marcus) (Entered: 05/15/2015) |
| 06/03/2015 | 64 | NOTICE OF ASSIGNMENT of Panel Mediator. Mediator (ADR Panel) K. Andrew Kent has been assigned to serve as Panel Mediator. (mb) (Entered: 06/03/2015) |
| 06/16/2015 | 65 | STIPULATION for Permanent Injunction as to Defendant Autosports European, Inc., A California Corporation filed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG. (Attachments: # 1 Proposed Order for Permanent Injunction and Dismissal as to Defendant Autosports European, Inc.)(Pham, Christopher) (Entered: 06/16/2015) |
| 06/17/2015 | 66 | PERMANENT INJUNCTION AND DISMISSAL AS TO DEFENDANT AUTOSPORTS EUROPEAN, INC., A CALIFORNIA CORPORATION. Each party shall bear their own attorneys fees and costs incurred in this matter. Defendant, the case shall be dismissed as to Defendant only, without prejudice (SEE DOCUMENT FOR SPECIFICS) filed by Judge S. James Otero (lc) (Entered: 06/18/2015) |
| 07/21/2015 | 67 | STIPULATION for Permanent Injunction as to Defendant Ruben Aceves, an Individual d/b/a Unleashed Wheels filed by Plaintiff BMW of North America, LLC, Bayerische Motoren Werke AG. (Attachments: # 1 Proposed Order for Permanent Injunction and Dismissal as to Defendant Ruben Aceves, an Individual d/b/a Unleashed Wheels)(Chaney, Marcus) (Entered: 07/21/2015) |
| 07/22/2015 | 68 | PERMANENT INJUNCTION AND DISMISSAL AS TO DEFENDANT RUBEN ACEVES, AN INDIVIDUAL D/B/A UNLEASHED WHEELS filed by Judge S. James Otero (lc) (Entered: 07/23/2015) |
| 08/12/2015 | 69 | Joint STIPULATION for Protective Order filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Attachments: # 1 Proposed Order [Proposed] Protective Order)(Chaney, Marcus) (Entered: 08/12/2015) |
| 08/14/2015 | 70 | PROTECTIVE ORDER by Magistrate Judge Patrick J. Walsh. re Stipulation for Protective Order 69 (sbou) (Entered: 08/17/2015) |
| 09/15/2015 | 71 | STIPULATION for Permanent Injunction as to Defendant EG Savings, Inc. d/b/a Audiocitywheels filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Attachments: # 1 Proposed Order [Proposed] Permanent Injunction Against Defendant EG Savings, Inc. d/b/a Audiocitywheels And Dismissal)(Chaney, Marcus) (Entered: 09/15/2015) |
| 09/23/2015 | 72 | STIPULATION for Preliminary Injunction as to Defendant EUDM Autosports, Inc., a |

| | | |
|---|---|---|
| | | New York corporation filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Attachments: # 1 Proposed Order)(Chaney, Marcus) (Entered: 09/23/2015) |
| 09/28/2015 | 73 | PRELIMINARY INJUNCTION AGAINST EUDM AUTOSPORTS, INC., A NEW YORK CORPORATION. NO POSTING OF BOND OR OTHER SECURITY REQUIRED (SEE DOCUMENT FOR SPECIFICS) by Judge S. James Otero (lc) (Entered: 09/29/2015) |
| 09/28/2015 | 74 | AMENDED PRELIMINARY INJUNCTION AGAINST EUDM AUTOSPORTS, INC., A NEW YORK CORPORATION. NO POSTING OF BOND OR OTHER SECURITY REQUIRED (SEE DOCUMENT FOR SPECIFICS AND CHANGES MADE TO THIS DOCUMENT) by Judge S. James Otero (lc) (Entered: 10/01/2015) |
| 10/21/2015 | 75 | AGAINST DEFENDANT EG SAVINGS, INC. D/B/A AUDIOCITYWHEELS AND DISMISSAL filed by Judge S. James Otero. (SEE DOCUMENT FOR SPECIFICS). (lc) (Entered: 10/21/2015) |
| 11/13/2015 | 76 | STIPULATION for Permanent Injunction as to Defendant EUDM Autosports, Inc., a New York corporation filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Attachments: # 1 Proposed Order Permanent Injunction against Defendant EUDM Autosports, Inc., a New York corporation, and Dismissal)(Chaney, Marcus) (Entered: 11/13/2015) |
| 11/16/2015 | 77 | PERMANENT INJUNCTION AGAINST DEFENDANT EUDM AUTOSPORTS, INC., A NEW YORK CORPORATION, AND DISMISSAL filed by Judge S. James Otero (lc) (Entered: 11/17/2015) |
| 12/31/2015 | 78 | NOTICE of Settlement filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Chaney, Marcus) (Entered: 12/31/2015) |
| 01/05/2016 | 79 | SCHEDULING NOTICE OF SETTING ORDER TO SHOW CAUSE HEARING RE DISMISSAL by Judge S. James Otero. The Court has reviewed the Notice of Settlement [#78] and sets an Order to Show Cause Re Dismissal Hearing for Monday, 2/8/2016 @ 08:30 AM before Judge S. James Otero. If the parties file the appropriate dismissal pursuant to FRCP 41 prior to hearing date, this matter will be taken off the Court's calendar and no appearance will be required.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (vcr) TEXT ONLY ENTRY (Entered: 01/05/2016) |
| 01/12/2016 | 80 | NOTICE of Change of Attorney Business or Contact Information: for attorney Jeffrey A Kobulnick counsel for Defendant Inovit, Inc.. Changing Firm Name to BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP. Changing E-Mail to jkobulnick@brutzkusgubner.com, mbrutzkus@brutzkusgubner.com, jrothberg@brutzkusgubner.com. Filed by Defendant Inovit, Inc.. (Kobulnick, Jeffrey) (Entered: 01/12/2016) |
| 01/28/2016 | 81 | STIPULATION for Permanent Injunction as to Defendant Inovit, Inc., a California Corporation filed by Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG. (Attachments: # 1 Proposed Order Permanent Injunction against Defendant Inovit, Inc., a California Corporation, and Dismissal of Entire Action)(Chaney, Marcus) (Entered: 01/28/2016) |
| 01/29/2016 | 82 | PERMANENT INJUNCTION AGAINST DEFENDANT INOVIT, INC., A CALIFORNIA CORPORATION, AND DISMISSAL OF ENTIRE ACTION filed by Judge S. James Otero. (SEE DOCUMENT FOR FURTHER DETAILS) (MD JS-6. Case Terminated) (vv) (Entered: 02/01/2016) |
| 02/02/2016 | 83 | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Patent or |

| | | Trademark. (Closing) (vv) (Entered: 02/02/2016) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/23/2020 11:24:02 | | | |
| **PACER Login:** | jo1764 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:14-cv-07961-SJO-PJW End date: 9/23/2020 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |