JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al._<br><br>        Plaintiffs,<br><br>        v.<br><br>INOVIT INC., et al.,<br><br>        Defendants. | Case No.: 2:20-cv-08696 JFW (KSx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL** |

I, Christopher Q. Pham, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and before the United States District Court for the Central District of California, and I am Managing Partner at Johnson & Pham, LLP, lead trial counsel of record for Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG.

- 1 -
DECLARATION OF LEAD TRIAL COUNSEL

2. In accordance with Paragraph ¶3.(a) of the Court's Standing Order [ECF Dkt. 12], I hereby notify the Court that:

    (1) I am a registered CM/ECF User.

    (2) My E-Mail Address of Record is: **cpham@johnsonpham.com**.

    (3) I have read the Court's Standing Order, and I am familiar with and have read the Local Civil Rules for the Central District of California.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 25th day of September 2020, at Woodland Hills, California.

                                          __/s/_Christopher Q. Pham_____
                                          Christopher Q. Pham

DECLARATION OF LEAD TRIAL COUNSEL