POS-010

| ATTORNEY OF PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MARCUS F. CHANEY   245227 JOHNSON & PHAM, LLP ! (QQ) 6355 TOPANGA CANYON BL., SUITE 326 WOODLAND HILLS, CA 91367 TELEPHONE: (818) 888-7540 ATTORNEY FOR: PLAINTIFF | |

USDC - LOS ANGELES
   STREET ADDRESS: per rule 2.150 (a)(8):
   MAILING ADDRESS: the address of the court is not required
CITY AND ZIP CODE:
   BRANCH NAME:

| Plaintiff | BMW OF NORTH AMERICA, LLC. | CASE NUMBER: |
|---|---|---|
| Defendant | INOVIT INC. | 2:20-CV-08696-JFW-KS |
| | **PROOF OF SERVICE OF SUMMONS** | Clt. Ref. or File No.: |
| | (Separate proof of service is required for each party served.) | NA |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF
   INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT; AO120 TRADEMARKS REPORT;
   AO120 PATENTS REPORT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGE; NOTICE TO
   PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF RELATED CASES; STANDING
   ORDER

3.   a. [XX] Party served
           INOVIT INC., A CALIFORNIA CORPORATION

     b. [XX] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not
             a person under item 5b on whom substituted service was made) (specify name and relationship to the party
             named in item 3a):
           Luis Xu, REGISTERED AGENT

4. Address where the party was served: 9040 TELSTAR AVE., STE. 127
                                        EL MONTE, CA 91731

5. I served the party (check proper box)
     a. [XX] by personal service. I personally delivered the documents list in item 2 to the party or person authorized
             to receive service of process for the party (1) on (date): 10/02/20 (2) at (time): 2:03 pm.

         (4) [___] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be
                   served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents
                   on (date):          from (city):              or [___] a declaration of mailing is attached.
         (5) [___] I attach a declaration of diligence stating actions taken first to attempt personal service.

| Computer-generated form Judicial Council of California POS-010 (Rev. January 1, 2007)   GO: 11 richardf | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, 417.10 |


AX0211-20914863

| | | |
|---|---|---|
| Plaintiff | BMW OF NORTH AMERICA, LLC. | CASE NUMBER: |
| Defendant | INOVIT INC. | 2:20-CV-08696-JFW-KS |

c. [ __ ] by mail and acknowledgment of receipt of service, I mailed the documents listed in item 2 to the party, to the address shown in Item 4, by first-class mail, postage prepaid.

    (1) on (date):        (2) from (city):

    (3) [ __ ] with two copies of the Notice and Acknowledgment of Receipt (form 982(a)(4) and a postage paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt (form 982(a)(4).) (Code of Civ. Proc., 415.30).)

    (4) [ __ ] to an address outside California with return receipt requested. (Code Civ. Proc., 415.40)

d. [ __ ] by other means specify means of service and authorizing code section):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ __ ] as an individual defendant.
   b. [ __ ] as the person sued under the fictitious name of (specify):
   c. [ __ ] as occupant/tenant.
   d. [XX] on behalf of:
       INOVIT INC., A CALIFORNIA CORPORATION

   under the following Code of Civil Procedure section:
   [XX] CCP 416.10 (corporation)    [ __ ] 416.60 (minor)
   [ __ ] 416.20 (defunct corporation)    [ __ ] 416.70 (ward or conservatee)
   [ __ ] 416.30 (joint stock or company association)    [ __ ] 416.90 (authorized person)
   [ __ ] 416.40 (association or partnership)    [ __ ] 415.46 (occupant/tenant)
   [ __ ] 416.50 (public entity)    [ __ ] other:
   [ __ ] CCP 415.95 (business organization, form unknown)

7. Person who served papers
   a. Name: K. CURIEL
   b. Address: 5632 Van Nuys Blvd., # 240 Van Nuys CA 91401
   c. Telephone number: (213) 928-7247
   d. The fee for service was: $ 80.00 (recoverable under CCP1033.5(a)(4)(B))
   e. I am:
     (1) [ __ ] not a registered California process server.
     (2) [ __ ] exempt from registration under Business and Professions Code Section 22350(b).
     (3) [XX] registered California process server:
       (i) [ __ ] Owner  [ __ ] Employee  [XX] Independent contractor.
      (ii) Registration No.: PS-001368
      (iii) County: RIVERSIDE

8. [XX] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ __ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10/05/20

K. CURIEL                         (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Page 2 of 2

Computer-generated form    **PROOF OF SERVICE OF SUMMONS**    Code of Civil Procedure, 417.10
Judicial Council of California
POS-010 (Rev. January 1, 2007)    GO: 11