UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INOVIT INC., et al.,<br><br>　　　　Defendants. | Case No.: 2:20-cv-08696 JFW (KSx)<br><br>**ORDER**<br>**GRANTING EXTENTION OF TIME FOR DEFENDANTS INOVIT INC. AND YINGSHEN (VICTOR) MAO TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS** |

　　The Court has read and considered the second joint stipulation to extend time for Defendants Inovit Inc. and Yingshen (Victor) Mao ("Defendants") to respond to Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG initial Complaint by more than 30 days.

　　IT IS HEREBY ORDERED, with good cause being shown, that this joint stipulation is APPROVED. Defendants' due date to respond to Plaintiffs' initial Complaint is hereby extended from Monday, December 28, 2020 to Wednesday, **January 27, 2021**.

　　IT IS SO ORDERED.

Date: December 28, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　　United States District Judge

- 1 -
ORDER