JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
        E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
        E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
        E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiffs
BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG

BAKER BOTTS L.L.P.
Kathryn S. Christopherson, SBN: 322289
        E-mail:  kathryn.christopherson@bakerbotts.com
1001 Page Mill Road
Building One Suite 200
Palo Alto, CA  94304-1007
Telephone: (650) 739-7500
Facsimile:    (650) 739-7699

Attorneys for Defendants
INOVIT INC. and
YINGSHEN (VICTOR) MAO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, et al.<br><br>                  Plaintiffs,<br><br>        v.<br><br>INOVIT INC., et al.,<br><br>                  Defendants. | Case No.:  2:20-cv-08696 JFW (KSx)<br><br>**JOINT STIPULATION FOR LAST EXTENSION OF TIME FOR DEFENDANTS INOVIT INC. AND YINGSHEN (VICTOR) MAO TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS**<br><br>**Defendant Inovit Inc.**<br>Complaint served:              10/2/2020<br>Original response date:      11/23/2020<br>Current response date:        1/27/2021<br>[Proposed] response date:  2/12/2021 |

**Defendant YingShen (Victor) Mao**
Complaint served:         10/15/2020
Original response date:     11/23/2020
Current response date:     1/27/2020
[Proposed] response date:  2/12/2021

Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG ("Plaintiffs"), through their counsel of record, and Defendants Inovit Inc. and YingShen (Victor) Mao ("Defendants"), through their counsel, hereby stipulate, subject to the Court's approval, that Defendants shall have a final extension of time to answer, move or otherwise respond to Plaintiffs' initial Complaint up to and including Friday, February 12, 2021.

On October 21, 2020, Plaintiffs and Defendants filed a Stipulation to Extend Time for Defendants to Respond to Initial Complaint by not more than 30 days under Local Rule ("L.R.") 8-3 [ECF Dkt. 16]. Pursuant to L.R. 8-3, Defendants initial due date to answer, move or otherwise respond to Plaintiffs' initial Complaint was Monday, November 23, 2020.

On November 10, 2020, Plaintiffs filed a Waiver of Service of Summons form as to Defendant Wheels Outlet USA, Inc. ("Wheels Outlet USA") [ECF Dkt. 17]. Pursuant to Rule 4(d)(3) of the Federal Rules of Civil Procedure, Wheels Outlet USA had up to and including Monday, December 28, 2020 to respond to Plaintiffs' initial Complaint.

On November 20, 2020, Plaintiffs and Defendants filed a Joint Stipulation to Extend Time for Defendants to Respond to the Initial Complaint by More than 30 days, to align Defendants' responsive pleading due date with Wheels Outlet USA's responsive pleading due date so that all named defendants would respond to Plaintiffs' initial Complaint on the same day [EDF Dkt. 18]. The Court granted this Joint Stipulation and first extension on November 23, 2020, thus changing Defendants' pleading due date to Monday, December 28, 2020, the same date as

1   Wheels Outlet USA [ECF Dkt. 19].

2        On December 18, 2020, Plaintiffs and Wheels Outlet USA filed a Stipulation

3   to Extend Time for Defendants to Respond to Initial Complaint by not more than

4   30 days under L.R. 8-3 to Wednesday, January 27, 2021 [ECF Dkt. 20].   On

5   December 23, 2020, Defendants filed a Joint Stipulation and third requested

6   extension to align Defendants' responsive pleading due date with Wheels Outlet

7   USA's responsive pleading due date so that all named defendants would respond to

8   Plaintiffs' initial Complaint on the same day and allow Plaintiffs and Defendants to

9   engage in early settlement talks.   The Court granted this Joint Stipulation and

10  extension on December 28, 2020, thus changing Defendants' pleading due date to

11  Wednesday, January 27, 2021, the same date as Wheels Outlet USA [ECF Dkt. 25].

12       Plaintiffs and Defendants now file a fourth and final Joint Stipulation to

13  Extend Time for Defendants to Respond to Initial Complaint by more than 30 days.

14  Plaintiffs and Defendants continue to engage in an informal exchange of relevant

15  information for the purposes of facilitating early settlement talks which have

16  commenced.  The additional time to be afforded by this final extension request will

17  facilitate further discussions between the parties concerning the potential resolution

18  of this matter, as well as, more informal exchanges of information between them

19  for similar purposes, prior to responsive pleadings being filed.

20       Pursuant to L.R. 5-4.3.4(a)(2)(i), e-filer Kathryn S. Christopherson hereby

21  attests that all other signatories listed, on whose behalf this stipulation is submitted,

22  concur in the filing's content and have authorized the filing.

23

24  DATED:  January 25, 2021          JOHNSON & PHAM, LLP

25

26                                    By:___/s/ Marcus F. Chaney
                                      Marcus F. Chaney, Esq.
27                                    Attorneys for Plaintiffs
                                      BMW OF NORTH AMERICA, LLC and
28                                    BAYERISCHE MOTOREN WERKE AG

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  January 25, 2021          BAKER BOTTS L.L.P.


                                  By: __/s/ Kathryn S. Christopherson
                                  Kathryn S. Christopherson, Esq.
                                  Attorneys for Defendants
                                  INOVIT INC. and YINGSHEN (VICTOR)
                                  MAO

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT