1   Anthony B. Gordon, SBN 108368
2   Gordon & Gordon, a Professional Law Corporation
3   5550 Topanga Canyon Blvd., Suite 200
    Woodland Hills, CA 91367
4   Phone:      (818) 887-5155
5   Email:      law@anthonybgordon.com

6   *Attorney for Defendant Wheels Outlet USA, LLC*

7

8

9                **UNITED STATES DISTRICT COURT**
                 **CENTRAL DISTRICT OF CALIFORNIA**
10                      **WESTERN DIVISION**

11

12  BMW OF NORTH AMERICA,              Case No.  2:20-cv-08696-JFW-KS
    LLC, a Delaware limited liability
13  company; and  BAYERISCHE
    MOTOREN WERKE AG, a German        **DEFENDANT WHEELS OUTLET**
14  corporation,                      **USA, LLC'S NOTICE OF MOTION**
                                      **AND MOTION TO DISMISS**
15              Plaintiffs,           **PLAINTIFFS' COMPLAINT UNDER**
                                      **FED. R. CIV. P. 12(b)(6) AND**
16        v.                          **MEMORANDUM OF POINTS AND**
                                      **AUTHORITIES**
17  INOVIT, INC., a California
    corporation; WHEELS OUTLET        Date:   March 8, 2021
18  USA, LLC a Florida limited liability   Time:  1:30 p.m.
    company d/b/a INOVIT EAST         Judge: Hon. John F. Walter
19  COAST; YINGSHEN (VICTOR)          Courtroom:  7A
    MAO, an individual; and DOES 1-   Complaint Filed: 09/22/2020
20  10, inclusive
21              Defendants.

22

23         TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

24         PLEASE TAKE NOTICE that on March 8, 2021, at 1:30 p.m., in Courtroom

25  7A, located at 350 W. 1st Street, Los Angeles, C 90012, defendant  and moving
26
27  party Wheels Outlet USA, LLC ("Wheels Outlet") hereby moves to dismiss

28

                                      1

Plaintiffs' Complaint (Dkt. 1) under Fed. R. Civ. P. 12(b)(6) for failure to state a claim.  Plaintiffs' Fifth Cause of Action for design patent infringement must be dismissed as it fails to identify any of the products accused of infringement. Wheels Outlet also moves to dismiss the remaining claims as each incorporates by reference all the other allegations in the Complaint and is therefore an impermissible "shotgun" pleading.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 26, 2021.

*Anthony B. Gordon*

_____

Anthony B. Gordon
Gordon & Gordon, a Professional Law Corporation
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
Phone: (818) 887-5155
Email: law@anthonybgordon.com

and

Michael J. Colitz, III
GrayRobinson, PA
401 East Jackson Street, Suite 2700
Tampa, Florida 33602
Phone: (813) 273-5000
Email: michael.colitz@gray-robinson.com
*Pro Hac Vice Application Pending*

*Attorneys for Defendant Wheels Outlet USA, LLC*

#43327669 v1

WHEELS OUTLET USA, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT