KATHRYN S. CHRISTOPHERSON (SBN: 322289)
kathyn.christopherson@bakerbotts.com
BAKER BOTTS, L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: 650.739.7500
Facsimile: 650.739.7699

ELIZABETH K. RUCKI *(pro hac vice forthcoming)*
elizabeth.rucki@bakerbotts.com
PAUL J. REILLY *(pro hac vice forthcoming)*
paul.reilly@bakerbotts.com
BAKER BOTTS, L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: 214.953.6926
Facsimile: 214.661.4926

*Attorneys for Defendants*
*Inovit Inc. and Yingshen (Victor) Mao*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INOVIT INC., a California corporation; WHEELS OUTLET USA LLC, a Florida limited liability company d/b/a INOVIT EAST COAST; YINGSHEN (VICTOR) MAO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-08696 JFW-KS<br><br>**DEFENDANT INOVIT INC. AND YINGSHEN (VICTOR) MAO'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable John F. Walter |

Defendants Inovit Inc. ("Inovit") and Yingshen (Victor) Mao ("Mao") (collectively hereinafter referred to as "Inovit Defendants" unless otherwise

specified), through the undersigned attorneys, hereby respond to the Complaint of Plaintiffs, BMW of North America, LLC ("BMW NA") and Bayerische Motoren Werke AG ("BMW AG") (collectively "BMW" or "Plaintiffs"), and raise the below described defenses.   Inovit Defendants deny each and every allegation in the Complaint not specifically admitted herein.   Inovit Defendants incorporate below certain headings used by Plaintiffs in the Complaint for convenience and ease of reference and omits others, and hereby deny any allegations, assertions or inferences associated with all headings used by Plaintiffs.   Inovit Defendants further respond as follows, the paragraphs hereof being numbered seriatim to correspond with the paragraphs of Plaintiffs' Complaint, except as otherwise specified:

## **PARTIES**

1.  Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 1 of the Complaint, and therefore, deny all such allegations.

2.  Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 2 of the Complaint, and therefore, deny all such allegations.

3. Inovit Defendants admit the allegations set forth in Paragraph 3 of the Complaint.

4.  Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 4 of the Complaint, and therefore, deny all such allegations.

5.  Paragraph 5 sets forth legal conclusions, including as to liability, to which a response is not required.  To the extent a response is required, Inovit Defendants deny the allegations in Paragraph 5 of the Complaint and are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set

forth in Paragraph 5 of the Complaint concerning defendant Wheels Outlet USA LLC ("Wheels Outlet"), and therefore, deny all such allegations.

6.  Inovit Defendants deny the allegations in Paragraph 6 of the Complaint and are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 6 of the Complaint concerning Wheels Outlet, and therefore deny all such allegations.

7.  Inovit Defendants deny the allegations in Paragraph 7 of the Complaint and are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 7 of the Complaint concerning Wheels Outlet, and therefore, deny all such allegations.

8.  Inovit Defendants deny the allegations set forth in Paragraph 8 of the Complaint.

9.  Inovit Defendants deny the allegations set forth in Paragraph 9 of the Complaint.

10. Inovit Defendants admit only that Mao is the Chief Financial Officer and Director of Inovit.  Except as admitted, Inovit Defendants deny the allegations set forth in Paragraph 10 of the Complaint.

11. Inovit Defendants admit only that Mao is the Chief Financial Officer and Director of Inovit.  Except as admitted, Inovit Defendants deny the allegations set forth in Paragraph 11 of the Complaint.

12. Inovit Defendants deny the allegations set forth in Paragraph 12 of the Complaint.

13. Inovit Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 13 of the Complaint, and therefore, deny all such allegations.

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

## JURISDICTION / VENUE

14. Inovit Defendants admit only that this Court has subject matter jurisdiction over this action pursuant to the Lanham Act, 15 U.S.C. § 1051, et seq., 28 U.S.C. §§ 1331 and/or 1338(a), and supplemental jurisdiction over Plaintiffs' alleged state law claim pursuant to 28 U.S.C. §§ 1367(a) and 1338(b).  Except as admitted, Inovit Defendants deny any other allegations set forth in Paragraph 14 of the Complaint.

15. Inovit Defendants admit only that Inovit is a California corporation, that this Court has general personal jurisdiction over Inovit, and that Mao is an individual. Except as admitted, Inovit is without knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 15 of the Complaint, and therefore, denies all such allegations.  Except as admitted, Mao denies the remainder of the allegations set forth in Paragraph 15 of the Complaint.

16. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 16 of the Complaint, and therefore, deny all such allegations.

17. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 17 of the Complaint, and therefore, deny all such allegations.

18. Paragraph 18 of the Complaint sets forth conclusions of law to which no response is required.  To the extent a response is deemed to be required, the Inovit Defendants deny the allegations of Paragraph 18 of the Complaint that a substantial part of the events or omissions giving rise to Plaintiffs' purported claims occurred within this District and has caused damage to Plaintiffs in this District. Notwithstanding its denial, and for purposes of this action only, Inovit does not contest venue in this Court.  With respect to Mao, however, Mao submits that the Central District of California is an improper venue as to Mao.  The acts at issue did not occur in California and, at the time of the filing of the Complaint, Mao did not reside in this judicial district.

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GENERAL ALLEGATIONS**
**Plaintiffs and the Allegedly Famous BMW Trademarks and Products**

19. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 19 of the Complaint, and therefore, deny all such allegations.

20. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 20 of the Complaint, and therefore, deny all such allegations.

21. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 21 of the Complaint, and therefore, deny all such allegations.

22. Inovit Defendants are without knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 22 of the Complaint, and therefore, deny all such allegations.

23. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 23 of the Complaint, and therefore, deny all such allegations.

24. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 24 of the Complaint, and therefore, deny all such allegations.

25. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 25 of the Complaint, and therefore, deny all such allegations.

26. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 26 of the Complaint, and therefore, deny all such allegations.

27.Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 27 of the Complaint, and therefore, deny all such allegations.

### BMW AG'S Allegedly Registered Trademarks

28.Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 28 of the Complaint, and therefore, deny all such allegations.

29.Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 29 of the Complaint, and therefore, deny all such allegations.

30.Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 30 of the Complaint, and therefore, deny all such allegations.

31.Paragraph 31 sets forth legal conclusions to which a response is not required. To the extent a response is required, Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 31 of the Complaint, and therefore, deny all such allegations.

32.Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 32 of the Complaint, and therefore deny all such allegations.

33.Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 33 of the Complaint, and therefore, deny all such allegations.

34.Inovit Defendants deny making use of the BMW Trademarks (as defined in the Complaint) in commerce, or any confusingly similar marks as alleged in the Complaint, including in Paragraph 34, and as such, no authorization or consent from Plaintiffs was or is required.  Inovit Defendants are otherwise without knowledge or information sufficient to form a belief as to the truth or falsity of any remaining

allegations set forth in Paragraph 34 of the Complaint as to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

### BMW AG'S Registered Design Patents

35. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 35 of the Complaint, and therefore, deny all such allegations.

36. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 36 of the Complaint, and therefore, deny all such allegations.

### Defendants' Allegedly Infringing Conduct

37. Inovit Defendants deny the allegations set forth in Paragraph 37 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in paragraph 37 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

38. Inovit Defendants admit only that Inovit entered into a Settlement Agreement with Plaintiffs on December 31, 2015, to resolve prior claims alleged by Plaintiffs against Inovit in the matter of *BMW of North America, LLC, et al. v. Autosports European, et al.,* Case No.: 2:14-cv-07961 SJ, filed in the United States District Court for the Central District of California.  Inovit Defendants object to and deny any allegation or characterization by Plaintiffs that is inconsistent with that agreement. Except as admitted, Inovit Defendants deny any remaining allegations set forth in Paragraph 38 of the Complaint.

39. Inovit Defendants admit the allegations set forth in Paragraph 39 of the Complaint.

40. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 40 of the

Complaint, including, but not limited to Footnote 1, and therefore, deny all such allegations.

41.Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 41 of the Complaint, and therefore, deny all such allegations.

42.Inovit Defendants admit only that Inovit received a letter from Plaintiffs' counsel dated May 28, 2019 which speaks for itself, and Inovit Defendants object to and deny any characterization by Plaintiffs that is inconsistent with that letter.  Inovit Defendants deny that they breached the December 31, 2015 Settlement Agreement or violated the Permanent Injunction in the matter of *BMW of North America, LLC, et al. v. Autosports European, et al.,* Case No.: 2:14-cv-07961 SJ, filed in the United States District Court for the Central District of California.  Inovit Defendants further deny any remaining allegations set forth in Paragraph 42 of the Complaint.  Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in paragraph 42 of the Complaint concerning defendant Wheels Outlet, and therefore, deny all such allegations.

43. Inovit Defendants deny the allegations set forth in Paragraph 43 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 43 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

44.Inovit Defendants deny the allegations set forth in Paragraph 44 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 44 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

45.Inovit Defendants admit only that Inovit requires customer information and the execution of a contract to purchase Inovit's products prior to shipping any

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

products.  Except as admitted, Inovit Defendants deny the allegations set forth in Paragraph 45 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 45 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

46. Inovit Defendants admit only that Inovit's purchase orders and customer agreements for the purchase of Inovit's products include provisions for the forum in which disputes are to be resolved.  Except as admitted, Inovit Defendants deny the allegations set forth in Paragraph 46 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 46 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

47. Inovit Defendants deny the allegations set forth in Paragraph 47 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 47 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

48. Inovit Defendants admit only that Inovit markets and sells products to customers throughout the United States, including California.  Except as admitted, Inovit Defendants deny the allegations set forth in Paragraph 48 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 48 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

49. Inovit Defendants deny the allegations set forth in Paragraph 49 of the Complaint.  Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 49 of the

Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

50. Inovit Defendants deny the allegations set forth in Paragraph 50 of the Complaint, including, but not limited to the first sentence, and therefore no consent from Plaintiffs or Plaintiffs' alleged authorized agents was or is required.  Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 50 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

51. Inovit Defendants deny the allegations set forth in Paragraph 51 of the Complaint.  Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 51 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

52. Inovit Defendants deny the allegations set forth in Paragraph 52 of the Complaint.  Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 52 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

53. Inovit Defendants deny the allegations set forth in Paragraph 53 of the Complaint.  Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 53 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

//

//

//

//

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-cv-08696

## **FIRST CAUSE OF ACTION**

### **(Alleged Infringement of Registered Trademarks & Counterfeiting by Defendants)**

54. Inovit Defendants reallege and incorporate by reference each of the above responses in and to Paragraphs 1-53 of the Complaint as though fully set forth here.

55. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 55 of the Complaint, and therefore, deny all such allegations.

56. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 56 of the Complaint, and therefore, deny all such allegations.

57. Inovit Defendants deny importing, selling and/or distributing products bearing the BMW Trademarks as alleged in the Complaint, including, Paragraph 57 of the Complaint, and therefore authorization or consent from Plaintiffs was not necessary. Inovit Defendants further deny any remaining allegations set forth in Paragraph 57 of the Complaint. Inovit Defendants are without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 57 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

58. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 58 of the Complaint, and therefore, deny all such allegations. Inovit Defendants lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 58 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

59. Inovit Defendants deny the allegations set forth in Paragraph 59 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

belief as to the truth or falsity of the allegations set forth in Paragraph 59 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

60. Inovit Defendants deny the allegations set forth in Paragraph 60 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 60 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

61. Inovit Defendants deny the allegations set forth in Paragraph 61 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 61 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

62. Inovit Defendants deny the allegations set forth in Paragraph 62 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 62 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

63. Inovit Defendants deny the allegations set forth in Paragraph 63 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 63 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

64. Inovit Defendants deny the allegations set forth in Paragraph 64 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 64 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SECOND CAUSE OF ACTION

### (Alleged False Designation of Origin & Unfair Competition Against Defendants)

65. Inovit Defendants reallege and incorporate by reference each of the above responses to Paragraphs 1-64 of the Complaint as though fully set forth here.

66. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 66 of the Complaint, and therefore, deny all such allegations.

67. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 67 of the Complaint, and therefore, deny all such allegations.

68. Inovit Defendants deny the allegations set forth in Paragraph 68 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 68 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

69. Inovit Defendants deny the allegations set forth in Paragraph 69 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 69 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

70. Inovit Defendants deny the allegations set forth in Paragraph 70 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 70 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

71. Inovit Defendants deny the allegations set forth in Paragraph 71 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

belief as to the truth or falsity of the allegations set forth in Paragraph 71 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

72.Inovit Defendants deny the allegations set forth in Paragraph 72 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 72 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

73.Inovit Defendants deny the allegations set forth in Paragraph 73 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 73 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

74.Inovit Defendants deny the allegations set forth in Paragraph 74 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 74 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

75.Inovit Defendants deny the allegations set forth in Paragraph 75 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 75 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

//

//

//

//

//

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-cv-08696

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## THIRD CAUSE OF ACTION

### (Alleged Trademark Dilution Against Defendants)

76. Inovit Defendants reallege and incorporate by reference each of the responses to Paragraphs 1-75 of the Complaint as though fully set forth here.

77. Inovit Defendants are without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 77 of the Complaint, and therefore, deny all such allegations.

78. Inovit Defendants deny the allegations set forth in Paragraph 78 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 78 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

79. Inovit Defendants deny the allegations set forth in Paragraph 79 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 79 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

80. Inovit Defendants deny the allegations set forth in Paragraph 80 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 80 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

81. Inovit Defendants deny the allegations set forth in Paragraph 81 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 81 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

//

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

1

## **FOURTH CAUSE OF ACTION**

2

**(Alleged Unlawful, Unfair, Fraudulent Business Practices Against Defendants)**

3    82. Inovit Defendants reallege and incorporate by reference each of the above

4 responses to Paragraphs 1-81 of the Complaint as though fully set forth here.

5    83. Inovit Defendants deny the allegations set forth in Paragraph 83 of the

6 Complaint. Inovit Defendants lack knowledge or information sufficient to form a

7 belief as to the truth or falsity of the allegations set forth in Paragraph 83 of the

8 Complaint with respect to the other defendants, including, but not limited to, Wheels

9 Outlet, and therefore, deny all such allegations.

10    84. Inovit Defendants deny the allegations set forth in Paragraph 84 of the

11 Complaint. Inovit Defendants lack knowledge or information sufficient to form a

12 belief as to the truth or falsity of the allegations set forth in Paragraph 84 of the

13 Complaint with respect to the other defendants, including, but not limited to, Wheels

14 Outlet, and therefore, deny all such allegations.

15    85. Inovit Defendants deny the allegations set forth in Paragraph 85 of the

16 Complaint. Inovit Defendants lack knowledge or information sufficient to form a

17 belief as to the truth or falsity of the allegations set forth in Paragraph 85 of the

18 Complaint with respect to the other defendants, including, but not limited to, Wheels

19 Outlet, and therefore, deny all such allegations.

20    86. Inovit Defendants deny the allegations set forth in Paragraph 86 of the

21 Complaint. Inovit Defendants lack knowledge or information sufficient to form a

22 belief as to the truth or falsity of the allegations set forth in Paragraph 86 of the

23 Complaint with respect to the other defendants, including, but not limited to, Wheels

24 Outlet, and therefore, deny all such allegations.

25    87. Inovit Defendants deny the allegations set forth in Paragraph 87 of the

26 Complaint. Inovit Defendants lack knowledge or information sufficient to form a

27 belief as to the truth or falsity of the allegations set forth in Paragraph 87 of the

28

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

88.Inovit Defendants deny the allegations set forth in Paragraph 88 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 88 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

89.Inovit Defendants deny the allegations set forth in Paragraph 89 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 89 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

## FIFTH CAUSE OF ACTION

### (Alleged Federal Design Patent Infringement Against Defendants)

90.Inovit Defendants reallege and incorporate by reference each of the above responses to Paragraphs 1-90 of the Complaint as though fully set forth here.

91.Inovit Defendants arewithout knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 91 of the Complaint, and therefore, deny all such allegations.

92.Inovit Defendants deny the allegations set forth in Paragraph 92 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 92 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

93.Inovit Defendants deny the allegations set forth in Paragraph 93 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 93 of the

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

94. Inovit Defendants deny the allegations set forth in Paragraph 94 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 94 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

95. Inovit Defendants deny the allegations set forth in Paragraph 95 of the Complaint. Inovit Defendants lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 95 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

96. Inovit Defendants deny the allegations set forth in Paragraph 96 of the Complaint. Inovit Defendants lack knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 96 of the Complaint with respect to the other defendants, including, but not limited to, Wheels Outlet, and therefore, deny all such allegations.

## SIXTH CAUSE OF ACTION

### (Alleged Breach of Settlement Agreement Against Inovit)

97. Inovit Defendants reallege and incorporate by reference each of the above responses to Paragraphs 1-96 of the Complaint as though fully set forth here.

98. Inovit Defendants admit the allegations set forth in Paragraph 98 of the Complaint.

99. Inovit Defendants deny the allegations set forth in Paragraph 99 of the Complaint.

100.    Inovit Defendants deny the allegations set forth in Paragraph 100 of the Complaint.

//

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

1

## **PRAYER FOR RELIEF**

2      Inovit Defendants deny that Plaintiffs are entitled to any of the relief requested

3 in their Complaint, including, but not limited to, the relief requested in the Prayer for

4 Relief, including, sub-paragraphs "A" through "T" on pages 25-27 of the Complaint,

5 or any relief, either as prayed for or otherwise, in any form whatsoever, from Inovit

6 Defendants or any of their parents, subsidiaries, affiliates, officers, managers,

7 directors, agents or representatives.  To the extent that Plaintiffs' Prayer for Relief

8 may be deemed to allege any facts, Inovit Defendants deny each and every allegation.

9

## **JURY TRIAL DEMAND**

10      Inovit Defendants request a jury trial on all issues triable by jury.

11

## **GENERAL DENIAL**

12      Inovit Defendants further deny each and every allegation set forth in the

13 Complaint not expressly admitted or to which they have not specifically responded.

14 Plaintiffs' request for relief should, therefore, be denied in entirety and the Complaint

15 dismissed with prejudice, and Plaintiffs take nothing.  Inovit Defendants reserve the

16 right to amend their Answer as additional information becomes available.

17

## **DEFENSES AND AFFIRMATIVE DEFENSES**

18      In further answering the Complaint, Inovit Defendants plead the following

19 defenses, without admitting, acknowledging, agreeing, or conceding that they bear

20 the burden of proof or the burden of persuasion on any such defense, whether in

21 whole or in part. In addition, Inovit Defendants have not knowingly and intentionally

22 waived any applicable defenses, and Inovit Defendants reserve the right to assert,

23 rely upon and plead or amend their Answer to include any additional defenses and

24 affirmative defenses that may be revealed or discovered throughout the pendency of

25 this case.  Subject to the foregoing, as separate and distinct defenses and affirmative

26 defenses, based upon information and belief, Inovit Defendants assert the following

27 defenses:

28 //

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

101.    Plaintiffs' Complaint, on one or more counts, fails to state a claim upon which relief may be granted in view of at least the following: (i) the absence of any factual showing that the Inovit Defendants own or control the operations and dealings of the other defendants, including, Wheels Outlet; (ii) the lack of any factual showing that the Inovit Defendants have any connection to the purported goods seized in Florida by Customs and Board Patrol as alleged in the Complaint; (iii) the failure to identify with any particularity the alleged goods that are marketed and sold by Inovit Defendants that purportedly infringe or dilute Plaintiffs' claimed trademarks; and (iv) the failure to plead with any specificity the purported claims set out the alleged design patents that have been infringed or to identify with particularly the products that the Inovit Defendants purportedly market and sell that infringe such purported patent claims, suggesting that Plaintiffs are in violation of Rule 11 for failure to properly investigate and put together a claim chart prior to filing the Complaint. Indeed, the catalog on which Plaintiffs rely to support their claims is clearly identified as being that of defendant Wheels Outlet by the heading "Replica Inventory - Wheels Outlet" and "Inovit East Coast," a business name for defendant Wheels Outlet having an address of 8455 E Adamo Drive Tampa, FL 33619, a business that is not owned or controlled by the Inovit Defendants; this is further supported on information and belief, by the domain name records for www.autowheelsusa.com, a domain appearing on the bottom of the alleged catalog, which show that the domain is registered to TinBu LLC in Florida.

## SECOND AFFIRMATIVE DEFENSE

### (Non-Infringement)

102.    Inovit Defendants have not infringed, diluted or otherwise violated, directly or indirectly, any applicable trademarks purportedly owned by Plaintiffs or engaged in any acts of unfair competition under federal, California or common law.

Further, Inovit Defendants have not infringed and do not infringe, have not contributed to the infringement by others, and have not induced others to infringe any valid claim of the BMW Design Patents (as defined in the Complaint).

### THIRD AFFIRMATIVE DEFENSE

### (No Damage)

103.    Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against the Inovit Defendants in the Complaint, and the relief prayed for in the Complaint cannot be granted against the Inovit Defendants.

### FOURTH AFFIRMATIVE DEFENSE

### (No Irreparable Harm and No Injunctive Relief)

104.    Plaintiffs' claims for injunctive relief are barred because Plaintiffs cannot show that they have suffered or will suffer any harm, let alone irreparable harm, from Inovit Defendants, in part, because Inovit Defendants have not participated, played no role in and have no control over the alleged conduct of the other defendant, Wheels Outlet; therefore, Plaintiffs are not entitled to any form of injunctive relief against Inovit Defendants.

### FIFTH AFFIRMATIVE DEFENSE

### (Good Faith/No Willfulness)

105.    Inovit Defendants have not willfully, intentionally or otherwise infringed any valid claims of Plaintiffs' design patents, their alleged trademarks or other asserted intellectual property. Further, any and all acts alleged to have been committed by Inovit Defendants, if performed, were performed with lack of knowledge and lack of willful intent.

### RESERVATION OF RIGHTS

Inovit Defendants are currently without sufficient knowledge or information upon which to form a belief as to whether additional defenses, affirmative defenses

or counterclaims are available.  However, Inovit Defendants reserve the right to amend this Answer to assert any other defenses, affirmative defenses or counterclaims, at law or in equity, that now exist or in the future may be available, based on legal theories that may become apparent through discovery, further legal analysis, investigation of Plaintiffs' positions, claims and allegations, or information learned or obtained in the course of this action.

## **PRAYER FOR RELIEF**

Inovit Defendants respectfully request that the Court enter such orders as are necessary to enter judgment in favor of Inovit Defendants against Plaintiffs on all claims and causes of action asserted by Plaintiffs and that Plaintiffs take nothing of and from Inovit Defendants by this suit, and by granting the following relief:

a.      Dismissing Plaintiffs' Complaint against Inovit Defendants in entirety, with prejudice;

b.      Denying Plaintiffs any and all relief;

c.      Awarding Inovit Defendants their costs and reasonable attorney's fees pursuant to: 15 U.S.C. § 1117(a), 17 U.S.C. § 505, and/or 35 U.S.C. § 285; and

d.      Awarding Inovit Defendants such other and further relief as the Court may deem just and proper.

Dated:  January 27, 2021

BAKER BOTTS, LLP

By:  */s/ Kathryn S. Christopherson*
KATHRYN S. CHRISTOPHERSON
(SBN:  322289)
kathyn.christopherson@bakerbotts.com
BAKER BOTTS, L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone:  650.739.7500
Facsimile:   650.739.7699

INOVIT AND MAO ANSWER & AFFIRMATIVE DEFENSES
CASE NO. 2:20-CV-08696

ELIZABETH K. RUCKI *(pro hac vice forthcoming)*
elizabeth.rucki@bakerbotts.com
PAUL J. REILLY *(pro hac vice forthcoming)*
paul.reilly@bakerbotts.com
BAKER BOTTS, L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone:  214.953.6926
Facsimile:  214.661.4926

*Attorneys for Defendants
Inovit Inc. and Yingshen (Victor) Mao*