| | |
|---|---|
| 1 | KATHRYN S. CHRISTOPHERSON (SBN: 322289) |
| 2 | kathyn.christopherson@bakerbotts.com<br>BAKER BOTTS, L.L.P. |
| 3 | 1001 Page Mill Road<br>Building One, Suite 200 |
| 4 | Palo Alto, CA 94304<br>Telephone:  650.739.7500 |
| 5 | Facsimile:   650.739.7699 |
| 6 | ELIZABETH K. RUCKI *(pro hac vice pending)*<br>elizabeth.rucki@bakerbotts.com |
| 7 | PAUL J. REILLY *(pro hac vice pending)*<br>paul.reilly@bakerbotts.com |
| 8 | BAKER BOTTS, L.L.P.<br>2001 Ross Avenue, Suite 900 |
| 9 | Dallas, TX 75201<br>Telephone: 214.953.6926 |
| 10 | Facsimile: 214.661.4926 |
| 11 | *Attorneys for Defendants*<br>*Inovit Inc. and Yingshen (Victor) Mao* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INOVIT INC., a California corporation; WHEELS OUTLET USA LLC, a Florida limited liability company d/b/a INOVIT EAST COAST; YINGSHEN (VICTOR) MAO, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:20-cv-08696<br><br>**NOTICE OF INTERESTED PARTIES; DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**<br><br>Honorable John F. Walter |

# NOTICE OF INTERESTED PARTIES

Pursuant to United States District Court for the Central District of California Local Rules, Rule 7.1-1, the undersigned counsel of record for Defendants Inovit Inc. and YingShen "Victor" Mao, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| Party | Connection/Interest |
| --- | --- |
| BMW of North America, LLC | Plaintiff |
| Bayerische Motoren Werke AG | Plaintiff |
| Wheels Outlet USA, LLC | Defendant |
| Inovit Inc. | Defendant |
| YingShen "Victor" Mao | Defendant |

# CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel, Defendant Inovit Inc. makes the following disclosures:

1. Inovit Inc. has no parent corporation; and
2. No publicly held corporation owns 10% or more of the stock of Inovit Inc.

Dated:  January 29, 2021          BAKER BOTTS, LLP

By: */s/ Kathryn S. Christopherson*
KATHRYN S. CHRISTOPHERSON
(SBN: 322289)
kathyn.christopherson@bakerbotts.com
BAKER BOTTS, L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone:  650.739.7500
Facsimile:  650.739.7699

ELIZABETH K. RUCKI *(pro hac vice pending)*
elizabeth.rucki@bakerbotts.com
PAUL J. REILLY *(pro hac vice pending)*
paul.reilly@bakerbotts.com
BAKER BOTTS, L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone:  214.953.6926
Facsimile:  214.661.4926

*Attorneys for Defendants
Inovit Inc. and Yingshen (Victor) Mao*