Anthony B. Gordon, SBN 108368
Gordon & Gordon, a Professional Law Corporation
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
Phone:       (818) 887-5155
Email:        law@anthonybgordon.com

*Attorney for Defendant Wheels Outlet USA, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; and BAYERISCHE MOTOREN WERKE AG, a German corporation,<br><br>            Plaintiffs,<br><br>       v.<br><br>INOVIT, INC., a California corporation; WHEELS OUTLET USA, LLC a Florida limited liability company d/b/a INOVIT EAST COAST; YINGSHEN (VICTOR) MAO, an individual; and DOES 1-10, inclusive<br><br>            Defendants. | Case No.  2:20-cv-08696-JFW-KS<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 4, 2021, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system.  The ECF system routinely send a "notice of Electronic Filing" to all attorneys of record

who have consented to accept this notice as service of this document by electronic means.

*Anthony B. Gordon*
_____
Anthony B. Gordon
Gordon & Gordon, a Professional Law Corporation
5550 Topanga Canyon Blvd., Suite 200
Woodland Hills, CA 91367
Phone: (818) 887-5155
Email: law@anthonybgordon.com

and

Michael J. Colitz, III
GrayRobinson, PA
401 East Jackson Street, Suite 2700
Tampa, Florida 33602
Phone: (813) 273-5000
Email: michael.colitz@gray-robinson.com
*Pro Hac Vice Application Pending*

 *Attorneys for Defendant Wheels Outlet USA, LLC*

#43327669 v1

2
WHEELS OUTLET USA, LLC'S CERTIFICATE OF SERVICE