Theodore W. Chandler (Bar No. 219456)
&lt;ted.chandler@bakerbotts.com&gt;
BAKER BOTTS L.L.P.
1801 Century Park East, Suite 2400
Los Angeles, California  90067
Telephone:   (213) 202-5702
Facsimile:   (213) 202-5732

Paul J. Reilly (*pro hac vice*)
&lt;paul.reilly@bakerbotts.com&gt;
Elizabeth K. Rucki (*pro hac vice*)
&lt;elizabeth.rucki@bakerbotts.com&gt;
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, Texas  75201
Telephone:   (214) 953-6926
Facsimile:   (214) 661-4926

Kathryn S. Christopherson (Bar No. 322289)
&lt;kathyn.christopherson@bakerbotts.com&gt;
BAKER BOTTS L.L.P.
1001 Page Mill Road, Building One, Suite 200
Palo Alto, California  94304
Telephone:   (650) 739-7500
Facsimile:   (650) 739-7699

*Attorneys for Defendants*
*Inovit Inc. and Yingshen (Victor) Mao*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BMW of North America, LLC et al.,<br><br>    *Plaintiffs*,<br><br>  vs.<br><br>Inovit Inc. et al.,<br><br>    *Defendants*. | No. 2:20-cv-08696 JFW (KSx)<br><br>**DECLARATION OF LEAD TRIAL COUNSEL FOR DEFENDANTS INOVIT INC. AND YINGSHEN (VICTOR) MAO**<br><br>Judge:     Hon. John F. Walter |

## DECLARATION OF LEAD TRIAL COUNSEL

I, Paul J. Reilly, hereby declare as follows:

1. I am a partner in the law firm Baker Botts L.L.P., and I am the lead trial counsel for Defendants Inovit Inc. and Yingshen (Victor) Mao. I am submitting this declaration in response to § 3(a) of the Court's Standing Order [ECF No. 12]. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, I could and would testify competently to the facts set forth below.

2. I have registered as an CM/ECF User.

3. My e-mail address of record is <paul.reilly@bakerbotts.com>.

4. I have read the Court's Standing Order [ECF No. 12] and Local Rules, *available at* <https://www.cacd.uscourts.gov/court-procedures/local-rules>.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2021.

*[signature]*
Paul J. Reilly